STEPHANIE A. STROUP (SBN 235071)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN  38125
Telephone:  (901) 434-8404
Facsimile:   (901) 492-9279
E-mail: sastroup@fedex.com

BARAK J. BABCOCK (admitted *Pro Hac Vice*)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN  38125
Telephone:  (901) 434-8523
Facsimile:  (901) 492-9930
E-mail:  barak.babcock@fedex.com

Attorneys for Defendant
FEDEX CORPORATE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARKITTA STAFFORD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATE SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20−cv−01441 JGB (SHKx)U<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jesus G. Bernal<br>Courtroom: Riverside, Courtroom 1<br><br>Complaint filed:  June 11, 2020<br>Trial Date: |

Pursuant to Rules 41 of the Federal Rules of Civil Procedure, Defendant FedEx Corporate Services, Inc. and Plaintiff Markitta Stafford, by and through its undersigned counsel, joint file this stipulation of voluntary dismissal of Plaintiff's Complaint with prejudice, with each party to bear its own attorneys' fees and costs.

(60-18188)

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

FEDERAL EXPRESS CORPORATION
3620 HACKS CROSS RD
BUILDING B, THIRD FL
MEMPHIS, TN  38125

Date: November 16, 2020

Respectfully submitted,

s/Barak J. Babcock
Barak J. Babcock (TN Bar No. 024021)
3620 Hacks Cross Rd, Bldg B, 3rd Fl
Memphis, TN 38125
(901) 434-8523 (phone)
(901) 492-9930 (fax)
barak.babcock@fedex.com
Attorney for Defendant FedEx Corporate Services, Inc.

Date: November 16, 2020

Respectfully submitted,

s/Brent P. Marlis
Brent P. Marlis (State Bar No. 28654)
MARLIS PARK, P.C.
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA  90010
(323) 922-2000 (phone)
(323) 922-2000  (fax)
brent@marlispark.com
Attorney for Plaintiff Markitta Stafford

## Local Rule 5-4.3.4 Attestation

Pursuant to L.R. Civ. 5-4.3.4(a)(2)(i), the undersigned certifies that all counsel concur in this pleading's content and have authorized the undersigned to file the pleading with Court.

s/Barak J. Babcock
Barak J. Babcock

FEDERAL EXPRESS CORPORATION
3620 HACKS CROSS RD
BUILDING B, THIRD FL
MEMPHIS, TN  38125

(60-18188)

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

2

**PROOF OF SERVICE**
**Markitta Stafford v. FedEx Corporate Services, Inc.**

I am a resident of the State of Arkansas, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 3620 Hacks Cross Road, Building B, Third Floor, Memphis, Tennessee 38125.

On November 16, 2020, I served the within document(s):

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| ☑ | Via Court's ECF Filing System. |
| ☐ | by arranging with First Legal Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices. |

**MARLIS PARK, P.C.**
Brent P. Marlis SB# 287654
Yount K. Park SB# 287589
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: (323) 922-2000 / Fax: (323) 922-2000
Email: brent@marlispark.com
young@marlispark.com

☐   *(State)*  I declare under penalty of perjury under the laws of the State of Tennessee that above is true and correct.

✓   *(Federal)*  I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 16, 2020, at Memphis, Tennessee.

s/Amy M. Miller
Amy M. Miller

(60-18188)

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

3